**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KARAMELION LLC,**<br><br>Plaintiff,<br><br>v.<br><br>**NORTEK SECURITY & CONTROL LLC,**<br><br>Defendant. | PATENT<br><br>Case No. 19-cv-06016-YGR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE**<br><br>* as modified by the Court * |

Plaintiff's motion, which requests dismissal of all claims asserted between Plaintiff Karamelion LLC and Defendant Nortek Security & Control LLC, is GRANTED.

It is therefore ORDERED, ADJUDGED AND DECREED that all claims asserted in this suit between Plaintiff Karamelion LLC and Defendant Nortek Security & Control LLC, are hereby DISMISSED WITH PREJUDICE.

It is further ORDERED that all costs, expenses and attorneys' fees are to be borne by the party that incurred them.

IT IS SO ORDERED.

Date: January 2, 2020

_____
United States District Judge
Yvonne Gonzalez Rogers

**ORDER GRANTING DISMISSAL WITH PREJUDICE**