**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KARAMELION LLC,** | CASE NO. 4:19-cv-06016-YGR |
| Plaintiff, | |
| vs. | **ORDER DENYING SUA SPONTE REFERRAL TO CONSIDER WHETHER CASES SHOULD BE RELATED** |
| **NORTEK SECURITY & CONTROL, LLC,** | Re: Dkt. No. 20 |
| Defendant. | |

Currently pending before the Court is a sua sponte referral from Judge Jeffrey S. White to consider whether, pursuant to Northern District Patent Local Rule 2-1(a), *Karamelion LLC v. Sercomm USA, Inc.*, No. 4:19-cv-08451-JSW ("*Karamelion II*") should be related to closed case *Karamelion LLC v. Nortek Security & Control, LLC*, No. 4:19-cv-06016-YGR ("*Karamelion I*"). (Dkt. No. 20.) Rule 2-1(a), regarding a Notice of Pendency of Other Action Involving Same Patent, provides that "[w]hen actions concerning the same patent are filed within two years of each other by the same plaintiff, they will be deemed related." Here, *Karamelion I* was dismissed with prejudice on January 2, 2020, and is therefore no longer pending before the Court at the time of the referral. Thus, the Court **DENIES** relating under Rule 2-1(a) *Karamelion II* with *Karamelion I*.

Under N.D. Patent L.R. 2-1(a)(5), "[e]ven if a case is not deemed related to a pending case pursuant to this rule, a party may still seek a related case determination pursuant to Civil L.R. 3-12." Civil L.R. Rule 3-12 provides an "action is related to another when: (1) The actions concern substantially the same parties, property, transaction or event; and (2) It appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges."

Although there is overlap between the cases, namely the same patent, the Court finds that is unlikely that there will be "unduly burdensome duplication of labor and expense or conflicting results" if *Karamelion II* proceeds before a different judge. First, *Karamelion I* is closed so there is no need to coordinate any proceedings. Second, this Court did consider or rule on any substantive motions in *Karamelion I*, and thus, there would be no judicial efficiency gained by relating the cases.

Accordingly, the sua sponte referral is hereby **DENIED**.

This Order terminates Docket Number 20.

**IT IS SO ORDERED.**

Dated: January 14, 2020

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**